IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIAS PENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-cv-05703 |
| v. ) | |
| ) | Judge: Virginia M. Kendall |
| MIDLAND FUNDING, LLC and MIDLAND ) | |
| CREDIT MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR MISCELLANEOUS RELIEF

Defendants, MIDLAND FUNDING LLC ("MF") and MIDLAND CREDIT MANAGEMENT, INC. ("MCM"), by and through their attorneys, David M. Schultz and Lindsey A.L. Conley of Hinshaw & Culbertson LLP, and for their notion for miscellaneous relief or in the alternative a protective order, state as follows:

1. This case involves alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (FDCPA). Specifically, Plaintiff alleges that Defendants violated the FDCPA when it furnished account information to the credit bureaus.

2. On February 13, 2018, this Court granted Plaintiff's motion for an extension of the discovery deadline to complete written discovery and depositions. (Dkt. #28).

3. Defendants intend to produce a 30(b)(6) witness but requested that Plaintiff agree to a date on which Defendants' 30(b)(6) witness could be deposed for other identical cases.

4. Plaintiff's counsel has filed four other cases which are identical to the instant case and the cases are at the same posture in discovery. (*See* Group Exhibit A). These cases are as follows:

    a. Misael Rodriguez v. Midland Credit Management, Inc. et al, Case No. 17-4044, J. Dow

    b. Sandra Zelner v. Midland Credit Management, Inc. et al, Case No. 17-5063, J. St. Eve

    c. Marcelino Centeno v. Midland Credit Management, Inc. et al, Case No. 17-5703, J. Kendall

5. The deposition topics for the cases are identical and Defendant intends to produce the same 30(b)(6) witness. (*See* Exhibit B). Requiring Defendants' 30(b)(6) witness to be deposed on the same topics for identical cases multiple times would be unreasonably cumulative and duplicative.

6. Defendants respectfully request that this Court enter an order directing that Defendants' 30(b)(6) witness be deposed once on the relevant topics and such deposition testimony can be used for the instant case and identical cases. Defendant would also request that this court extend discovery so that the parties have the opportunity to complete the 30(b)(6) deposition.

7. Defense counsel communicated with Plaintiff's counsel regarding Defendants request to consolidate the depositions into one deposition. However, Plaintiff's counsel refused to work to come to an agreement and therefore is opposed to the relief requested herein.

8. Defendants request for relief will not prejudice any party in the cases. The relief requested is necessary complete the deposition of Defendants within a timely manner, prevent the unreasonably cumulative and burdensome discovery as described in Federal Rule of Civil Procedure 26(b)(2) and to save unnecessary litigation expenses.

    WHEREFORE, Defendants, MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC., respectfully request that this Court enter an order directing that Defendants' 30(b)(6) witness be deposed once on the relevant topics of the instant case and identical cases and extending discovery for the same, and for such further and other relief as the Court deems just and equitable.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

<u>/s/ *Lindsey A.L. Conley*</u>
David M. Schultz
Lindsey A.L. Conley
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Tel: 312-704-3000
E-mail: dschultz@hinshawlaw.com
E-mail: lconley@hinshawlaw.com
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I, Lindsey Conley, an attorney, certify that I shall cause to be served a copy of **DEFENDANTS' MOTION FOR MISCELLANEOUS RELIEF** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this on March 2, 2018.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | Michael J. Wood |
| ___ | Federal Express | Celetha C. Chatman |
| ___ | E-Mail & U.S. Mail | Holly McCurdy |
| ___ | Messenger | Sarah Barnes |
| | | COMMUNITY LAWYERS GROUP, LTD. |
| | | 73 W. Monroe Street, Suite 514 |
| | | Chicago, IL 60603 |
| | | Phone: (312) 757-1880 |
| | | Fax: (312) 265-3227 |
| | | cchatman@communitylawyersgroup.com |
| | | mwood@communitylawyersgroup.com |

David M. Schultz  
Lindsey A.L. Conley  
HINSHAW & CULBERTSON LLP  
222 North LaSalle Street, Suite 300  
Chicago, IL 60601-1081  
Telephone:312-704-3000  
Facsimile: 312-704-3001  
dschultz@hinshawlaw.com  
lconley@hinshawlaw.com  

*/s/ Lindsey Conley*  
Lindsey Conley  
One of the Attorneys for Defendants

301299876v1 1000348